UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIE G. HARRIS,

    Plaintiff,

v.                                  Case No. 5:15cv302-LC-CJK

CRUTCHFIELD, et al.,

    Defendants.

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 9, 2016 (doc. 37). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.	Defendants' motion to dismiss (doc. 34) is **GRANTED** and plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** due to his failure to exhaust the administrative remedy process.

3.	The clerk is directed to close the file.

**ORDERED** this 9th day of December, 2016.

        *s/L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**